AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

SHAWN LAWRENCE DESAUTEL, et al.,

                Plaintiffs,

                          JUDGMENT IN A CIVIL CASE

                v.

ANITA B. DUPRIS, in her individual capacity, et al.

                          CASE NUMBER: CV-11-301-EFS

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the order granting and denying in part Defendant's Motion to Dismiss entered on October 21, 2011, ECF No. 21, judgment is entered in favor of Defendants.

| | |
|---|---|
| October 21, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |